**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Anthony Dozier, | Case No.: 8:12-cv-01105-JGB-JPR |
| Plaintiff, | **ORDER** |
| vs. | |
| Syndicated Office Systems Inc. d/b/a Central Financial Control; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date: December 16, 2013

Hon. Jesus G. Bernal
United States District Judge

8:12-cv-01105-JGB-JPR